## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation | ) ) ) | Case: 1:23-cv-16861 |
| Plaintiff, | ) ) ) | Judge: John J. Tharp, Jr. |
| | ) | Mag. Judge: Maria Valdez |
| v. | ) ) | |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF COMPLIANCE

COMES NOW, Plaintiff, by and through its undersigned counsel, and in response to this Court's order on April 2, 2024 [D.E. 37], notifies the Court that it has complied with this Court's notice requirements. Specifically, on April 3, 2024, each Defendant was served with Plaintiff's Motion for Entry of Default [D.E. 36] and this Court's order [D.E. 37]. In addition, both the email service and the website posting prominently display:

**Plaintiff's motion for entry of default and default judgment against defendants nos. 1-10 [36] is taken under advisement. Any objections or responses are due by 4/12/24.**

Respectfully submitted this 3rd of April, 2024.

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*

1